IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JEFFREY BOYD, on Behalf of Himself and on Behalf of All Others Similarly Situated, | § § § | |
| | § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.: 3:18-CV-433 JURY TRIAL DEMANDED |
| FURMANITE AMERICA, INC., | § § | |
| *Defendant*. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
FILE SETTLEMENT DOCUMENTATION UNDER SEAL**

The parties have reached a confidential settlement of this case, pending Court approval, and Defendant Furmanite America, Inc. now moves the Court[1] for leave to file the parties' Settlement Agreement and Release of Claims under seal.[2]  In support of this Motion, the parties state the following:

1.     Court approval of the parties' settlement is necessary to effectuate a valid and enforceable release of Plaintiff's Fair Labor Standards Act ("FLSA") claims. Defendant requests leave of court to file the Settlement Agreement and Release of Claims under seal for the purpose of review and approval of the settlement by the Court. Plaintiff is unopposed to this request.

---

[1] In its Order dated March 12, 2019, in *James Wade v. Furmanite America, Inc*., Civil Action No. 3:17-CV-169, the Court "ORDER[ED] the Clerk to consolidate [the *Wade*] case with Cause Number 3:18-CV-433, with Cause Number 3:18-CV-433 being the lead case." (Dkt. No. 66)

[2] In accordance with Section 6(B)(2) of the Southern District of Texas Administrative Procedures for Electronic Filing in Civil and Criminal Cases, the parties' Settlement Agreement and Release of Claims is being filed electronically as a sealed event.  If the Court does not grant this Joint Motion for Leave to File Settlement Documentation under seal, the Settlement Agreement and Release of Claims should not be filed.

2.    A material term of the parties' Settlement Agreement and Release of Claims, and a significant element of the consideration described therein, is confidentiality.  Maintaining the confidentiality of the settlement's terms serves the privacy interest of all parties and promotes the amicable resolution of FLSA claims. Thus, good cause exists for filing the Settlement Agreement and Release of Claims under seal.  If this Motion for Leave to File Settlement Documentation under seal is not granted, consideration for the settlement would fail and the settlement will not be consummated.

3.    Courts frequently grant leave for parties to file settlement documentation under seal in FLSA cases.  *See e.g., Trinh v. JPMorgan Chase & Co.*, NO. 07-cv-01666 (WMC), 2009 WL 532556, at *1 (S.D. Cal. Mar. 3, 2009); *Owens v. S&S Automotive, Inc.*, No. 6:04-cv-1887-Orl-22JGG, 2006 WL 4701820, at *2 (M.D. Fla. Apr. 4, 2006); *Honey v. Stafford Transportation of Florida, Inc.*, No. 3:06-cv-76-J-33TEM, 2006 WL 3708087, at *2 (M.D. Fla. Dec. 14, 2006); *Cormier v. Turnkey Cleaning Services LLC*, 2018 WL 5288824, at *1 (W.D. La. Oct. 22, 2018).

4.    Therefore, Defendant requests that the Settlement Agreement and Release of Claims be returned to Defendant's counsel as soon as the Court enters an Order approving the settlement and dismissing all claims with prejudice.

WHEREFORE, for good cause shown, the Defendant prays that this Motion will be granted and that the Court will grant leave to file the Settlement Agreement and Release of Claims under seal.

Respectfully submitted,


/s/  Michael D. Mitchell*
Michael D. Mitchell #00784615
Michael.mitchell@ogletree.com
J. Paul Rinnan #24074959
Paul.rinnan@ogletree.com
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
500 Dallas Street, Suite 3000
Houston, Texas   77002
(713) 655-5756
(713) 655-0020 (Fax)

David B. Feldman (pro hac vice)
David.Feldman@ogletree.com
 OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1745 Broadway, 22nd Floor
New York, New York   10019
(212) 492-2507
(212) 492-2501 (Fax)
*signed by permission

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that he conferred with counsel for Plaintiffs on April 12, 2019 regarding the relief requested by this Motion. Plaintiffs are not opposed to the relief requested in this Motion.

*/s/ J. Paul Rinnan*
J. Paul Rinnan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document has been forwarded to Plaintiff pursuant to the Federal Rules of Civil Procedure on this the 12th day of April, 2019.

*/s/ Paul Rinnan*
Paul Rinnan

38143713.1